```
1   DANIEL J. BRODERICK, #89424
    Federal Defender
2   DAVID M. PORTER, Bar #127024
    Counsel Designated for Service
3   Assistant Federal Defender
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700
5
    Attorney for Defendant
6   ERNEST McNEAL

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,     ) No. Cr. S 07-180-01 WBS
                                  )
12            Plaintiff,          ) AMENDED STIPULATED MOTION AND
                                  ) [lodged] ORDER TO REDUCE SENTENCE
13       v.                       ) PURSUANT TO 18 U.S.C. § 3582(c)(2)
                                  )
14  ERNEST J. McNEAL,             ) RETROACTIVE CRACK COCAINE
                                  ) REDUCTION CASE
15            Defendant.          )
                                  ) Judge: Honorable WILLIAM B. SHUBB
16  _____ )
```

17        Defendant, ERNEST J. McNEAL, by and through his attorney,
18  Assistant Federal Defender David M. Porter, and plaintiff, UNITED
19  STATES OF AMERICA, by and through its counsel, First Assistant U.S.
20  Attorney PHILLIP A. TALBERT, hereby stipulate as follows:
21        1.   Pursuant to 18 U.S.C. § 3582(c)(2), this court may reduce the
22  term of imprisonment in the case of a defendant who has been sentenced
23  to a term of imprisonment based on a sentencing range that has
24  subsequently been lowered by the Sentencing Commission pursuant to 28
25  U.S.C. § 994(o);
26        2.   On October 6, 2008, this Court sentenced Mr. McNeal to a term
27  of imprisonment of 112 months;
28        3.   Mr. McNeal's original total offense level was 31, and with a

1 criminal history category of VI, his resulting guideline range was 188
2 to 235 months. He was sentenced pursuant to the parties' Rule
3 11(c)(1)(C) plea agreement to a term of 112 months, which was
4 calculated using the guideline for crack cocaine offenses, USSG § 2D1.1
5 despite Mr. McNeal's career offender status; thus, Mr. McNeal's
6 sentence was in fact "based on" the crack cocaine guideline within the
7 meaning of 18 U.S.C. § 3582(c)(2). One-hundred-and-twelve months was
8 the middle of the then-applicable guideline range as agreed to by the
9 parties;

10     4. The previous term of imprisonment imposed was less than the
11 guideline range applicable to the defendant at the time of sentencing,
12 and the proposed reduced sentence of 103 months is comparably less than
13 the amended guideline range;

14     5. Accordingly, the parties request the court enter the order
15 lodged herewith reducing Mr. McNeal's term of imprisonment to a term of
16 103 months.

17 Dated: April 30, 2012

18 Respectfully submitted,

19 BENJAMIN WAGNER             DANIEL J. BRODERICK
   United States Attorney       Federal Defender
20

21
   /s/ *Phillip A. Talbert*          /s/ *David M. Porter*
22 PHILLIP A. TALBERT             DAVID M. PORTER
   First Assistant U.S. Attorney   Assistant Federal Defender
23
   Attorney for Plaintiff        Attorney for Movant
24 UNITED STATES OF AMERICA       ERNEST J. McNEAL

25

26

27

28

| | |
|---|---|
| 1 | **ORDER** |
| 2 | This matter came before the Court on the stipulated motion of the |
| 3 | defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2). |
| 4 | On October 6, 2008, this Court sentenced Mr. McNeal to a term of |
| 5 | imprisonment of 112 months.  The parties agree, and the Court finds, |
| 6 | that Mr. McNeal is entitled to the benefit of the retroactive amendment |
| 7 | reducing crack cocaine penalties. |
| 8 | IT IS HEREBY ORDERED that the term of imprisonment is reduced to a |
| 9 | term of 103 months. |
| 10 | IT IS FURTHER ORDERED that all other terms and provisions of the |
| 11 | original judgment remain in effect. |
| 12 | Unless otherwise ordered, Mr. McNeal shall report to the United |
| 13 | States Probation office closest to the release destination within |
| 14 | seventy-two hours after his release. |
| 15 | Dated:  May 1, 2012 |

*[Signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE